1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:08-CV-66-ORL-35DAB

ROBERT SWOFFORD, JR.,
an individual, and his wife,
SHARON L. SWOFFORD,
an individual,

**ORIGINAL**

        Plaintiffs,

-vs-

DONALD ESLINGER, in his
official capacity as the
SHERIFF OF SEMINOLE COUNTY,
STATE OF FLORIDA, et al.,

        Defendants.

_____/


DEPOSITION OF CRAIG LICHTBLAU, M.D.


JANUARY 14, 2009
6:30 P.M. - 7:05 P.M.


550 NORTHLAKE BOULEVARD
NORTH PALM BEACH, FLORIDA


Reported By:
Barbara J. Shandell, RPR
Notary Public, State of Florida

**U.S. Legal Support**
**(561) 835-0220**

```
 1    APPEARANCES:

 2
          On behalf of the Plaintiffs:
 3
             DeBEVOISE & POULTON, P.A.
 4           1035 South Semoran Boulevard
             Suite 1010
 5           Winter Park, Florida 32792
             BY:  CHRISTINE H.D. MOSER, ESQ.
 6                (VIA TELEPHONE)

 7        On behalf of the Defendants:

 8           HOLLAND & KNIGHT
             200 South Orange Avenue
 9           Suite 2600
             Orlando, Florida 32801
10           BY:  MIN K. CHO, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2      WITNESS:           DIRECT     CROSS     REDIRECT     RECROSS

3

4      CRAIG LICHTBLAU, M.D.

5                              4

6                                --   -   -

7              N O   E X H I B I T S   M A R K E D

8                                --   -   -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          Deposition taken before Barbara J.

2     Shandell, Registered Professional Reporter and Notary

3     Public in and for the State of Florida at Large, in

4     the above cause.

5                         —   —   —

6     Thereupon,

7               CRAIG LICHTBLAU, M.D.,

8      having been first duly sworn or affirmed, was examined

9     and testified as follows:

10                   DIRECT EXAMINATION

11    BY MS. MOSER:

12         Q.     **Will you please state your full name for**

13    **the record.**

14         A.     Craig Howard Lichtblau.

15         Q.     **And you are physician, correct?**

16         A.     Yes, licensed in the State of Florida.

17    I'm a board certified physiatrist.

18         Q.     **And you are a Fellow of the American**

19    **Academy of Disability Evaluating Physicians; is that**

20    **correct?**

21         A.     Yes.

22         Q.     **Do you have a copy of your evaluation with**

23    **you at this time?**

24         A.     Yes.

25         Q.     **The copy of the medical evaluation dated**

1   April 30, 2008, did you personally meet with

2   Mr. Robert Swofford for purposes of the evaluation?

3          A.     Yes.   I see the patient and I take my own

4   photos.

5          Q.     And was it April 30, 2008 that you

6   actually met with him or a different date?

7          A.     No.   I saw him on the date of the report.

8          Q.     Was that the only time that you met with

9   him?

10         A.     Yes.

11         Q.     And did you conduct a physical examination

12  of Mr. Swofford?

13         A.     I did.   And the results of that physical

14  examination is contained on page six and page seven.

15         Q.     It looks like you also conducted a review

16  of Mr. Swofford's military medical records dated

17  between approximately July 1980 and July 2007 for the

18  evaluation; is that correct?

19         A.     Yes.   We have voluminous medical records.

20         Q.     I'm looking at the first page of the

21  comprehensive medical evaluation, the first paragraph

22  under history of present illness.

23                Did Mr. Swofford relate to you that on

24  April 20, 2006, he sustained injuries to his right

25  wrist, abdomen, right leg and head, and had near miss

1    abrasions on both sides of his torso?

2         A.    Yes.

3         Q.    And then moving on to page seven of your

4    evaluation under records review, you note that when

5    Mr. Swofford was 28 years old, he sustained an injury

6    to his right upper arm while parachuting.

7               Is that your understanding based on your

8    review of the records of Dr. Richard Sheinberg from

9    1980?

10        A.    Yes.

11        Q.    On page nine under November 3, 1983

12   surgical report, under diagnosis you note, multiple

13   right knee joint surgeries.

14        A.    Correct.

15        Q.    Do you agree that you noted that reference

16   based on that surgery report from 1983?

17        A.    Yes.

18        Q.    And then on the next page, page ten, at

19   the top, which appears to be from a review of records

20   pertaining to Mr. Swofford's military history, you

21   note, a chief complaint of right knee instability and

22   continuous pain; is that accurate, based on your

23   review of those records?

24        A.    Yes.

25        Q.    And right below that, under history of

present illness, you note, in August 1981,

Mr. Swofford injured his right knee during training

and the injury was of such severity that he was unable

to continue ranger training and was given a medical

release from ranger training.

   Is that your understanding based on your

review of the 1986 records from Lloyd Mercer?

  A. That's correct.

  Q. Continuing on in that same paragraph on

page ten, I see a notation that Mr. Swofford underwent

an extensive knee reconstruction in 1983.

   What is your understanding, based on the

records that you reviewed from Lloyd Mercer, of the

diagnosis regarding Mr. Swofford's knee at the time of

this reconstruction?

  A. I mean, the records speak for themselves.

I would have no deviation from the opinions of the

record.

  Q. On page 11, under present condition, which

still falls under the Lloyd Mercer records dated

June 5, 1986, you noted, Mr. Swofford complains of

continuous pain in his knee including night pain, that

the pain is exacerbated by physical activity, that he

has gross instability of his knee which makes normal

activities of daily living difficult, that he

1    complains of fatiguing and weakness in the right arm.

2                Is that your understanding based on your

3    review of those records?

4         A.    Yes.

5         Q.    On page 12, under March 13, 1987, summary

6    of evidence under medical, it appears that based on

7    Mr. Swofford's history regarding a ruptured biceps

8    muscle in his right arm, the medical evaluation board

9    in August 1986 assigned a 30 percent evaluation, rated

10   as moderately severe impairment of group flexor

11   muscles of elbow.

12        A.    Correct.

13        Q.    In your opinion, do you believe that this

14   condition to his right arm at that time was a

15   permanent injury?

16        A.    Yes.

17        Q.    So do you believe that the condition

18   resulted in permanent limitations in the use of his

19   right arm?

20        A.    That, I can't tell you because I didn't

21   evaluate him at that time.  That would be a purely

22   speculative answer under oath.  All I can say is, yes,

23   they did assign him an impairment rating.  And as far

24   as restriction goes, I didn't measure it.  I don't

25   know.

1      Q.    Based on that 30 percent evaluation

2   assigned by the board, did Mr. Swofford in your

3   opinion have any degree of impairment of his body as a

4   whole due to the injury to his right arm?

5      A.    Yes, he did.

6      Q.    What degree of impairment?

7      A.    I don't know.  I would have to measure --

8   it's very complicated to do that.  And it's not -- it

9   wouldn't be accurate.  It would be a speculative

10  answer.  All I can say is he definitely had a

11  permanent impairment according to the guide, but I

12  don't know what it would be.

13     Q.    And you said you would have to measure it.

14  Could you explain to me what all that would involve?

15     A.    Well, you'd have to do range of motion

16  testing at that time, muscle testing at that time,

17  sensation testing at that time, check the scarring.

18          It's a big rigmarole to put an impairment

19  rating together according to the rules of the guide.

20  I'm a disability evaluating physician and a Fellow of

21  the American Academy of Disability Evaluating

22  Physicians.

23          And what we do is we do it according to

24  the rules of the guide.  We don't just pull it out of

25  thin air.  So when you're asking me to do that, it's

1    kind of -- it would be a speculative answer because I

2    wouldn't be able to make the measurements, et cetera.

3        Q.    I understand.

4        A.    But I would concede that he certainly had

5    some type of permanent impairment back then.

6        Q.    And then continuing in that same paragraph

7    on page 12 under medical, it appears that based on

8    Mr. Swofford's history regarding right knee damage,

9    the medical evaluation board in August 1986 assigned a

10   30 percent disability rated as severe instability.

11            In your opinion, do you believe that the

12   condition to his right knee at that time was a

13   permanent injury?

14       A.    Yes.

15       Q.    And then based on that 30 percent

16   evaluation assigned by the board, did Mr. Swofford in

17   your opinion have any degree of impairment of his body

18   as a whole due to that injury to his right knee?

19       A.    He did.

20       Q.    And based on both the 30 percent

21   evaluation of Mr. Swofford's right arm and the 30

22   percent disability of his right knee, did Mr. Swofford

23   in your opinion have any degree of impairment of his

24   body as a whole due to both of those injuries

25   combined?

1    A.    Yes, he did.

2    Q.    On page 13, first paragraph, which falls

3    under a January 29, 1988 compensation examination at a

4    Veterans Administration medical center, it is noted

5    that Mr. Swofford was married since 1977, but claimed

6    in 1988 that his marriage is somewhat rocky now and he

7    has several gripes against his wife, claiming that she

8    has her own world and I have mine.

9         Was that something that he explained to

10   you or is that a reference from those 1988

11   compensation examination records?

12   A.    That is a part of the records review.

13   It's completely out of the records.  This has nothing

14   to do with me.

15   Q.    Further down on that same page, 13, the

16   paragraph entitled mental status examination, which

17   states, Mr. Swofford distinctly has difficulty with

18   gait because of problems with his right foot and had

19   to repeatedly change his posture during the interview

20   to make himself comfortable and had to support his

21   right leg with a chair.

22        Do you agree that this reference was made

23   in the January 29, 1988 report, an examination by

24   Dr. Mhatre?

25   A.    Yes.  The records speak for themselves.

1    Q.    And on page 14 regarding another

2    compensation examination by Dr. Shank on January 30,

3    1988, it is noted that since Mr. Swofford's

4    parachuting accident in 1980, he has had low back pain

5    with occasional radiation into both hips and also on

6    occasion radiation down the right leg and foot.

7          And under impression further down on the

8    page, number two, which states client low back pain,

9    do you agree that that reference was from the

10   January 30, 1988 record from Dr. Shank?

11   A.    Yes.

12   Q.    On page 16, which appears to be from a

13   January 30, 1988 compensation examination by

14   Dr. Cooperman, it is noted Mr. Swofford was 50 percent

15   service connected primarily for his right upper

16   extremity and right knee injury.

17         Do you agree that you noted this reference

18   from that January 30th record from Dr. Cooperman?

19   A.    Yes.

20   Q.    Are you aware that Mr. Swofford received a

21   50 percent disability rating by the U.S. Army physical

22   evaluation board when he was medically discharged?

23   A.    Just what's documented in my records.

24   Q.    Do you have any reason to disagree with

25   the 50 percent rating that was assigned by the Army?

1      A.    No.   None.

2      Q.    Do you agree that in that same record by

3  Dr. Cooperman a reference says, complaints by

4  Mr. Swofford of right hearing deficits, hemorrhoids,

5  chronic sinusitis and dermatitis and that it was noted

6  he most likely had a bowel syndrome with

7  diverticulosis and lower back pain secondary to

8  scoliosis with musculoskeletal strain?

9      A.    I have no reason to disagree with that.

10      Q.    And then skipping to page 43, pages 43

11  through 45, which under diagnostic impression has a

12  list of items numbered one through 32.

13           It does not appear that you comment on any

14  diagnostic impression with regard to Mr. Swofford's

15  preexisting right arm, right knee or lower back issue;

16  is that correct?

17      A.    That's correct, because the frequency,

18  duration and the intensity of this man's pain changed

19  after subject accident, which is the five gunshot

20  wounds -- gunshot wounds times five to both upper

21  extremities and abdomen and one gunshot wound to the

22  right lower extremity.

23           So we know -- I'm not hiding anything.  We

24  know he had a preexisting impairment.  The question is

25  how much disability he has, I don't know.  But

according to the patient, he has definitely

demonstrated an acute functional decline after

injuries sustained in subject accident on 4-20-06,

because the duration, the intensity, and the frequency

of this man's pain changed as a result of those

injuries.

     Q.    And then in the medical functional

capacity assessment section of the evaluation dated

April 30, 2008 under diagnosis, again, there's numbers

one through 32, it doesn't appear that you commented

on the preexisting arm, knee or back issues; is that

correct?

     A.    That's correct, because the preexisting

arm, knee and back issues, there may have been an

impairment, but it's not significant as it relates to

this specific set of injuries and what happened to him

because subject accident is 4-20-06.  And as a result

of the injuries sustained in the subject accident, he

has sustained a significant impairment, disability and

cost for future medical care which has nothing to do

with his preexisting musculoskeletal conditions.

     Q.    Did you factor in any of Mr. Swofford's

prior injuries or disability ratings regarding his

arm, knee or back?

     A.    No, because that has nothing to do with

1    subject accident.

2         Q.    And I'm just trying to understand, why

3    doesn't it have anything to do with the shooting?

4         A.    Because what I gave him was right knee

5    myofascial pain syndrome, which is soft tissue injury

6    about the knee, gastroesophageal reflux disease,

7    colonic disorder, right wrist fracture with extensor

8    hallicus laceration with decreased active range of

9    motion, which includes flexion/extension radial

10   deviation and ulnar deviation.  So that's all he got

11   an impairment rating for.  He doesn't get an

12   impairment rating for anything else.  So I have just

13   limited this to the injury sustained in subject

14   accident.

15            If you were to add his other preexisting

16   conditions in, you could probably triple this

17   impairment rating, but that's not what I was asked to

18   do.  I was asked to define this man's impairment,

19   disability and cost for future medical care as it

20   relates specifically to the injury sustained in

21   subject accident on 4-20-06, and that's what I did.

22        Q.    Thank you.

23            Are you aware of Mr. Swofford's history

24   with pain issues prior to the April 20, 2006 shooting

25   and subsequent to the records that you reviewed dated

1    **in the 1980s?**

2        A.    Just what he told me.  And that would be

3    listed on page four, presently -- under presently,

4    really it's the second paragraph of page four and the

5    third paragraph of page four.

6            And the patient doesn't deny it.  He

7    stated that he had previous arthroscopic surgery of

8    his right knee as well as right total knee replacement

9    surgery.  However, he states the gunshot wound has

10   caused additional discomfort and pain in his right

11   knee.

12           So he hasn't hidden anything.  We know

13   that he has preexisting conditions, but it's my

14   opinion as a result of five shot wounds, the patient

15   has a permanent exacerbation of his preexisting pain

16   condition which has led to an acute functional

17   decline, which he has described very adequately on

18   page four, paragraph two.

19       Q.    **Are you aware that Mr. Swofford was taking**

20   **OxyContin or oxycodone for back pain from**

21   **approximately 2001 through 2005?**

22       A.    Yes.  I believe that was in the records.

23       Q.    **Can you point me to which record under**

24   **records review that that was in?**

25       A.    No.  I don't know that it was in the

records review, but I was aware that he was taking

pain medicine prior to injury sustained in subject

accident.

    Q.    **Is that something that he discussed with**

**you during your examination or something that you**

**actually saw in some records?**

    A.    I think he told us.

    Q.    **Are you aware that Mr. Swofford**

**subsequently started taking Buprenex for that pain**

**four to six times a day?**

    A.    Yes.

    Q.    **Would the chronic back pain that**

**Mr. Swofford suffered prior to the shooting and for**

**which he was taking the OxyContin, oxycodone and then**

**the Buprenex have affected his ability to work prior**

**to the shooting in your opinion?**

    A.    You're asking me to speculate under oath.

I don't know.  I think the records will speak for

themselves.

        If he was gainfully employed prior to the

shooting and then he's not capable of gainful

employment after the shooting, I think that fact

speaks for itself.

        But realize, as a result of the shooting,

he has altered body mechanics secondary to chronic

1   pain, and those altered body mechanics is going to

2   exacerbate his back pain, his knee pain and his

3   chronic pain in general.

4       Q.    Are you aware that Mr. Swofford received

5   disability when he left his employment with the Post

6   Office in 2004?

7       A.    No, I am not.

8       Q.    Are you aware that Mr. Swofford retired in

9   2004?

10      A.    I can't remember.  Whatever the records

11  say.  Under social history, he told me that he was a

12  retired postal worker.  I just didn't know what year

13  he retired.

14      Q.    On page seven of the medical functional

15  capacity assessment section, in the second paragraph,

16  it states, it is my medical opinion as a board

17  certified physiatrist that this patient is going to

18  suffer from acute intermittent exacerbations of

19  chronic pain and discomfort.  And when he experiences

20  acute intermittent exacerbations of chronic pain and

21  discomfort, he will have good days, bad days and

22  missed days of work.

23          Is it fair to say that prior to the

24  shooting, based on Mr. Swofford's prior injury from

25  disabilities regarding his arm, knee and back that

1   **Mr. Swofford was experiencing pain and discomfort and**

2   **had good days, bad days and missed days of work?**

3       A.    Well, I think that we want to keep the

4   case factual and his employment records will bear that

5   out. So I don't want to speculate under oath.

6       I don't have an answer to your question,

7   but whatever his employment records state would be the

8   facts of the case. And therefore, I've eliminated all

9   speculation.

10       But as a direct result of the injuries

11   sustained in this shooting, I think the man has

12   sustained a permanent exacerbation of his preexisting

13   conditions. He's got a chronic pain syndrome and as a

14   result of that I can state with greater medical

15   certainty that he is going to have acute intermittent

16   exacerbations of pain and discomfort. And he will

17   have good days, bad days and missed days of work.

18       Q.   **Are you aware of whether Mr. Swofford had**

19   **any missed days of work due to these prior problems**

20   **before the shooting?**

21       A.    I don't know, but the facts of the case

22   would be the facts of the case, rather than me

23   speculate under oath. That can be very easily

24   obtainable by just getting his work records.

25       Q.   **Doctor, let me ask you this, assuming --**

1    or let's assume that Mr. Swofford was not shot on

2    April 20, 2006, based on the records that you have

3    reviewed and your examination, what you know or what

4    you learned about his knee, arm and back and any other

5    issues that are mentioned in these prior records, in

6    your opinion would Mr. Swofford have any degree of

7    impairment of his body as a whole?

8           MR. CHO:  Object to the form.

9           THE WITNESS:  I think I've already

10          answered that yes.  The answer is yes, he

11          would have an impairment as a body of the

12          whole prior to the injuries sustained in

13          this accident.  Although I hadn't

14          evaluated him at that time, so I couldn't

15          swear to what it would be, but the

16          impairment that I gave him is specifically

17          as it relates to subject accident on

18          4-20-06.  And it's an extremely

19          conservative impairment because I have

20          nothing for anxiety and depression.  I

21          would leave that up to a psychiatrist.

22                 And obviously when my experience

23          with gunshots and this type of violent

24          problem, usually there is a posttraumatic

25          stress disorder, anxiety and depression.

```
 1              And that would have to be addressed by a
 2         psychiatrist.
 3              So that impairment as it relates to
 4         subject accident would be additive to
 5         this.  Mine is extremely conservative.
 6    BY MS. MOSER:
 7         Q.    In the AMA impairment rating section of
 8    the evaluation, in calculating the impairment rating
 9    of the whole person, and I believe you may have
10    already answered this, did you factor in any of
11    Mr. Swofford's prior impairments for disabilities?
12         A.    No, because it would make it much larger
13    than it is.  My job is not to falsify documentation or
14    give misleading testimony to juries.  My job is to
15    accurately define his impairment, disability and cost
16    for future medical care using a medical model, which
17    is defined as knowledge, training and clinical
18    practice experience and that's what I did.
19         Q.    And correct me if I'm wrong, I don't want
20    to mischaracterize your testimony from earlier, have
21    you factored in any of Mr. Swofford's prior
22    disabilities or impairments or prior injuries?
23              I believe you said that the impairment
24    rating would have tripled; am I correct with that?
25         A.    It would be significantly higher.  And I
```

1   didn't give him that.  I mean, he has a total knee

2   replacement.  Right there it's a certain percent.

3   That's not what I was asked to do.  I was asked to

4   define his impairment, disability and costs using a

5   medical model, and that's what I did as it relates to

6   subject accident, not as it relates to his whole life

7   experience.  His whole life experience would give him

8   a much higher impairment rating.  And that's not my

9   job.  My job -- I was hired by the plaintiff attorney

10  to accurately define what this man's impairment is,

11  which is loss of a body system, what his disability

12  is, how that loss of a body system prevents him from

13  reintegrating back into society and what his costs for

14  future medical care is and that's what I've done.

15      Q.    In the functional assessment section, the

16  last page, last paragraph above your signature, which

17  states in part, it is my medical opinion that as this

18  patient suffers the secondary effects of aging

19  combined with his current impairment, his disability

20  will actually increase over time.

21          Is it fair to say that if Mr. Swofford had

22  not been shot, that the effects of aging combined with

23  his prior impairments or disabilities would cause his

24  disabilities to increase over time?

25          MR. CHO:  Object to the form.

1           THE WITNESS:   Yes.   The way you've

2      asked that question is absolutely correct.

3      However, what I'm stating under oath is

4      this man's had a permanent exacerbation of

5      preexisting conditions which include, but

6      is not limited to chronic pain and

7      multiple body parts.  And as a result it's

8      not one plus one equals two, it's one plus

9      one equals 37.  It's a much greater

10     disability because the injury sustained in

11     subject accident with the five gunshots

12     has a much more far-reaching problem than

13     his preexisting problem that he had in the

14     military.

15  BY MS. MOSER:

16     Q.    And in the summary report section of the

17  evaluation, which is pages one through eight, it does

18  not appear that you comment on any of Mr. Swofford's

19  preexisting impairments or disabilities.  Why is that?

20     A.    Because they're irrelevant.  This man was

21  shot five times, he had multiple gunshot wounds, one

22  was through his abdomen.  And I was asked to define

23  his impairment, disability and costs as it relates to

24  subject accident.

25           It's my opinion based on what the patient

1    told me, what's corroborated in the medical record,

2    the intensity, frequency and duration of his pain

3    changed, his disability increased after subject

4    accident.

5    And the attempt of this author is to

6    accurately define as a result of the injuries

7    sustained in subject accident on 4-20-06, what is it

8    this man has.  And that was done by defining

9    impairment, disability and costs and that's what's

10   contained in the summary report.

11   That would not include preexisting

12   conditions, because if you included the preexisting

13   conditions, his impairment would be much greater, his

14   disability would be much greater and his cost for

15   future medical care would be much greater, and that

16   wouldn't be fair.  It wouldn't be reasonable, it

17   wouldn't be accurate and it would not -- certainly not

18   follow the rules of the court.

19   MS. MOSER:  Okay.  Doctor, I think

20   that's all the questions that I have.  I

21   really appreciate your time this evening.

22   THE WITNESS:  Thank you.

23   MR. CHO:  I have no questions.

24   (Thereupon, the deposition was

25   concluded at 7:05 p.m.)

1   THE STATE OF FLORIDA          )

2   COUNTY OF PALM BEACH          )

3

4

5          I, the undersigned authority, certify that

6   the witness personally appeared before me and was duly

7   sworn.

8

9          WITNESS my hand and official seal this 22nd

10  day of January, 2009.

11

12

13

14  *Barbara J Shandell*
    _____
15  Barbara J. Shandell, RPR
    Notary Public - State of Florida
16  My Commission No. DD 752122
    My Commission expires: January 27, 2012

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

THE STATE OF FLORIDA        )
COUNTY OF PALM BEACH        )


        I, Barbara J. Shandell, Registered Professional Reporter and Notary Public in and for the State of Florida at large, do hereby certify that the aforementioned witness was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

        I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

        I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

        The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

        IN WITNESS WHEREOF, I have hereunto set my hand and seal this 22nd day of January, 2009.


        _Barbara J Shandell_____
        Barbara J. Shandell, Notary Public
        In and for the State of Florida
        My Commission No. DD 752122
        My Commission Expires January 27, 2012

**A**

abdomen 5:25
  13:21 23:22
ability 17:15
able 10:2
about 15:6 20:4
above 4:4 22:16
abrasions 6:1
absolutely 23:2
Academy 4:19
  9:21
accident 12:4
  13:19 14:3,17
  14:18 15:1,14
  15:21 17:3
  20:13,17 21:4
  22:6 23:11,24
  24:4,7
according 9:11
  9:19,23 14:1
accurate 6:22
  9:9 24:17
accurately 21:15
  22:10 24:6
action 26:13,14
active 15:8
activities 7:25
activity 7:23
  17:6 22:20
actually 5:6
acute 14:2 16:16
  18:18,20
  19:15
add 15:15
additional 16:10
additive 21:4
addressed 21:1
adequately 16:17
Administration
  11:4
affected 17:15
affirmed 4:8
aforementioned
  26:6
after 13:19 14:2
  17:22 24:3
again 14:9
against 11:7
aging 22:18,22
agree 6:15 11:22
  12:9,17 13:2
air 9:25
al 1:10
already 20:9
  21:10
altered 17:25
  18:1
Although 20:13
AMA 21:7
American 4:18
  9:21
and/or 26:16
another 12:1
answer 8:22 9:10
  10:1 19:6

20:10
answered 20:10
  21:10
anxiety 20:20,25
anything 13:2
  15:3,12 16:12
appear 13:13
  14:10 23:18
APPEARANCES 2:1
appeared 25:6
appears 6:19 8:6
  10:7 12:12
apply 26:15
appreciate 24:21
approximately
  5:17 16:21
April 5:1,5,24
  14:9 15:24
  20:2
arm 6:6 8:1,8,14
  8:19 9:4
  10:21 13:15
  14:11,14,24
  18:25 20:4
Army 12:21,25
arthroscopic
  16:7
asked 15:17,18
  22:3,3 23:2
  23:22
asking 9:25
  17:17
assessment 14:8
  18:15 22:15
assign 8:23
assigned 8:9 9:2
  10:9,16 12:25
assume 20:1
assuming 19:25
attempt 24:5
attorney 22:9
  26:12,13
August 7:1 8:9
  10:9
author 24:5
authority 25:5
authorized 26:7
Avenue 2:8
aware 12:20
  15:23 16:19
  17:1,8 18:4,8
  19:18

**B**

B 3:7
back 10:5 12:4,8
  13:7,15 14:11
  14:14,24
  16:20 17:12
  18:2,25 20:4
  22:13
bad 18:21 19:2
  19:17
Barbara 1:24 4:1
  25:14 26:5,20

based 6:7,16,22
  7:6,12 8:2,6
  9:1 10:7,15
  10:20 18:24
  20:2 23:21
BEACH 1:18 25:2
  26:3
bear 19:4
before 4:1 19:20
  25:6
behalf 2:2,7
believe 8:13,17
  10:11 16:22
  21:9,23
below 6:25
between 5:17
biceps 8:7
big 9:18
board 4:17 8:8
  9:2 10:9,16
  12:22 18:16
body 9:3 10:17
  10:24 17:25
  18:1 20:7,11
  22:11,12 23:7
both 6:1 10:20
  10:24 12:5
  13:20
Boulevard 1:18
  2:4
bowel 13:6
Buprenex 17:9,15

**C**

C 26:1,1
calculating 21:8
capable 17:21
capacity 1:9
  14:8 18:15
care 14:20 15:19
  21:16 22:14
  24:15
case 1:3 19:4,8
  19:21,22
cause 4:4 22:23
caused 16:10
center 11:4
certain 22:2
certainly 10:4
  24:17
certainty 19:15
certification
  26:15
certified 4:17
  18:17
certify 25:5
  26:6,9,12
certifying 26:16
cetera 10:2
chair 11:21
change 11:19
changed 13:18
  14:5 24:3
check 9:17
chief 6:21

CHO 2:10 20:8
  22:25 24:23
CHRISTINE 2:5
chronic 13:5
  17:12,25 18:3
  18:19,20
  19:13 23:6
claimed 11:5
claiming 11:7
client 12:8
clinical 21:17
colonic 15:7
combined 10:25
  22:19,22
comfortable
  11:20
commenced 26:10
comment 13:13
  23:18
commented 14:10
Commission 25:15
  25:16 26:21
  26:22
compensation
  11:3,11 12:2
  12:13
complains 7:21
  8:1
complaint 6:21
complaints 13:3
completed 26:11
completely 11:13
complicated 9:8
comprehensive
  5:21
concede 10:4
concluded 24:25
condition 7:19
  8:14,17 10:12
  16:16
conditions 14:21
  15:16 16:13
  19:13 23:5
  24:12,13
conduct 5:11
conducted 5:15
connected 12:15
  26:13
conservative
  20:19 21:5
contained 5:14
  24:10
continue 7:4
continuing 7:9
  10:6
continuous 6:22
  7:22
control 26:16
Cooperman 12:14
  12:18 13:3
copy 4:22,25
correct 4:15,20
  5:18 6:14 7:8
  8:12 13:16,17
  14:12,13

21:19,24 23:2
  26:8
corroborated
  24:1
cost 14:20 15:19
  21:15 24:14
costs 22:4,13
  23:23 24:9
counsel 26:12,13
COUNTY 1:9 25:2
  26:3
court 1:1 24:18
Craig 1:14 3:3
  4:7,14
CROSS 3:2
current 22:19

**D**

D 3:1,7
daily 7:25
damage 10:8
date 5:6,7
dated 4:25 5:16
  7:20 14:8
  15:25
day 17:10 25:10
  26:18
days 18:21,21,22
  19:2,2,2,17
  19:17,17,19
DD 25:15 26:21
DeBEVOISE 2:3
decline 14:2
  16:17
decreased 15:8
Defendants 1:11
  2:7
deficits 13:4
define 15:18
  21:15 22:4,10
  23:22 24:6
defined 21:17
defining 24:8
definitely 9:10
  14:1
degree 9:3,6
  10:17,23 20:6
demonstrated
  14:2
deny 16:6
deposition 1:14
  4:1 24:24
  26:7,8,9,10
depression 20:20
  20:25
dermatitis 13:5
described 16:17
deviation 7:17
  15:10,10
diagnosis 6:12
  7:14 14:9
diagnostic 13:11
  13:14
different 5:6
difficult 7:25

difficulty 11:17
direct 3:2 4:10
  19:10 26:16
direction 26:16
disabilities
  18:25 21:11
  21:22 22:23
  22:24 23:19
disability 4:19
  9:20,21 10:10
  10:22 12:21
  13:25 14:19
  14:23 15:19
  18:5 21:15
  22:4,11,19
  23:10,23 24:3
  24:9,14
disagree 12:24
  13:9
discharged 12:22
discomfort 16:10
  18:19,21 19:1
  19:16
discussed 17:4
disease 15:6
disorder 15:7
  20:25
distinctly 11:17
DISTRICT 1:1,1
diverticulosis
  13:7
DIVISION 1:2
Doctor 19:25
  24:19
documentation
  21:13
documented 12:23
DONALD 1:8
done 22:14 24:8
down 11:15 12:6
  12:7
Dr 6:8 11:24
  12:2,10,14,18
  13:3
due 9:4 10:18,24
  19:19
duly 4:8 25:6
  26:6
duration 13:18
  14:4 24:2
during 7:2 11:19
  17:5

— E —

E 3:1,7,7 26:1,1
earlier 21:20
easily 19:23
effects 22:18,22
eight 23:17
elbow 8:11
eliminated 19:8
employed 17:20
employee 26:13
employment 17:22
  18:5 19:4,7

entitled 11:16
equals 23:8,9
ESLINGER 1:8
ESQ 2:5,10
et 1:10 10:2
evaluate 8:21
evaluated 20:14
evaluating 4:19
  9:20,21
evaluation 4:22
  4:25 5:2,18
  5:21 6:4 8:8
  8:9 9:1 10:9
  10:16,21
  12:22 14:8
  21:8 23:17
evening 24:21
evidence 8:6
exacerbate 18:2
exacerbated 7:23
exacerbation
  16:15 19:12
  23:4
exacerbations
  18:18,20
  19:16
examination 4:10
  5:11,14 11:3
  11:11,16,23
  12:2,13 17:5
  20:3
examined 4:8
experience 20:22
  21:18 22:7,7
experiences
  18:19
experiencing
  19:1
expires 25:16
  26:22
explain 9:14
explained 11:9
extensive 7:11
  12:7 26:9,12
extensor 15:7
extremely 20:18
  21:5
extremities
  13:21
extremity 12:16
  13:22

— F —

F 26:1
fact 17:22
factor 14:22
  21:10
factored 21:21
facts 19:8,21,22
factual 19:4
fair 18:23 22:21
  24:16
falls 7:20 11:2
falsify 21:13
far 8:23
far-reaching

23:12
fatiguing 8:1
Fellow 4:18 9:20
financially
  26:13
first 4:8 5:20
  5:21 11:2
  26:6
five 13:19,20
  16:14 23:11
  23:21
flexion/exte...
  15:9
flexor 8:10
Florida 1:1,10
  1:18,24 2:5,9
  4:3,16 25:1
  25:15 26:2,6
  26:21
follow 24:18
follows 4:9
foot 11:18 12:6
foregoing 26:8
  26:15
form 20:8 22:25
forth 26:10
four 16:3,4,5,18
  17:10
fracture 14:9
frequency 13:17
  14:4 24:2
from 6:8,16,19
  7:5,7,13,17
  11:10 12:9,10
  12:12,18,18
  16:20 18:18
  18:24 21:20
  22:12
full 4:12
functional 14:2
  14:7 16:16
  18:14 22:15
further 11:15
  12:7 26:9,12
future 14:20
  15:19 21:16
  22:14 24:15

— G —

gainful 17:21
gainfully 17:20
gait 11:18
gastroesopha...
  15:6
gave 15:4 20:16
general 18:3
getting 19:24
give 21:14 22:1
  22:7
given 7:4
goes 8:24
going 18:1,17
  19:15
good 18:21 19:2
  19:17

greater 19:14
  23:9 24:13,14
  24:15
gripes 11:7
gross 7:17
group 8:10
guide 9:11,19,24
gunshot 13:19,20
  13:21 16:9
  23:21
gunshots 20:23
  23:11

— H —

H 3:7
hallicus 15:8
hand 25:9 26:18
happened 14:16
having 4:8
head 5:25
hearing 13:4
hemorrhoids 13:4
her 11:8
hereinabove
  26:10,11
hereunto 26:17
hidden 16:12
hiding 13:23
higher 21:25
  22:8
him 5:6,7,9 8:21
  8:23 14:16
  15:4 20:14,16
  22:1,7,12
himself 11:20
hips 12:5
hired 22:9
history 5:22
  6:20,25 8:7
  10:8 15:23
  18:11
HOLLAND 2:8
Howard 4:14
H.D 2:5

— I —

illness 5:22 7:1
impairment 8:10
  8:23 9:3,6,11
  9:18 10:5,17
  10:23 13:24
  14:15,19
  15:11,12,17
  15:18 20:7,11
  20:16,19 21:3
  21:7,8,15,23
  22:4,8,10,19
  23:23 24:9,13
impairments
  21:11,22
  22:23 23:19
impression 12:7
  13:11,14
include 23:5
  24:11

included 24:12
includes 15:9
including 7:22
increase 22:20
  22:24
increased 24:3
individual 1:4,5
injured 7:2
injuries 5:24
  10:24 14:3,6
  14:16,18,23
  19:10 20:12
  21:22 24:6
injury 6:5 7:3
  8:15 9:4
  10:13,18
  12:16 15:5,13
  15:20 17:2
  18:24 23:10
instability 6:21
  7:24 10:10
intensity 13:18
  14:4 24:2
interested 26:14
intermittent
  18:18,20
  19:15
interview 11:19
involve 9:14
irrelevant 23:20
issue 13:15
issues 14:11,14
  15:24 20:5
items 13:12

— J —

J 1:24 4:1 25:14
  26:5,20
January 1:16
  11:3,23 12:2
  12:10,13,18
  25:10,16
  26:18,22
job 21:13,14
  22:9,9
joint 6:13
JR 1:4
July 5:17,17
June 7:21
juries 21:14
just 9:24 12:23
  15:2,12 16:2
  18:12 19:24

— K —

K 2:10 3:7
keep 19:3
kind 10:1
knee 6:13,21 7:2
  7:11,14,22,24
  10:8,12,18,22
  12:16 13:15
  14:11,14,24
  15:4,6 16:8,8
  16:11 18:2,25

20:4 22:1
KNIGHT 2:8
know 8:25 9:7,12
  13:23,24,25
  16:12,25
  17:18 18:12
  19:21 20:3
knowledge 21:17

_____ L _____

L 1:5
laceration 15:8
large 4:3 26:6
larger 21:12
last 22:16,16
learned 20:4
leave 20:21
led 16:16
left 18:5
leg 5:25 11:21
  12:6
let 19:25
let's 20:1
licensed 4:16
Lichtblau 1:14
  3:3 4:7,14
life 22:6,7
like 5:15
likely 13:6
limitations 8:18
limited 15:13
  23:6
list 13:12
listed 16:3
living 7:25
Lloyd 7:7,13,20
looking 5:20
looks 5:15
loss 22:11,12
low 12:4,8
lower 13:7,15,22

_____ M _____

M 3:7
made 11:22
make 10:2 11:20
  21:12
makes 7:24
man 19:11 23:20
  24:8
man's 13:18 14:5
  15:18 22:10
  23:4
March 8:5
marriage 11:6
married 11:5
may 14:14 21:9
mean 7:16 22:1
means 26:16
measure 8:24 9:7
  9:13
measurements
  10:2
mechanics 17:25
  18:1

medical 4:25
  5:16,19,21
  7:4 8:6,8
  10:7,9 11:4
  14:7,20 15:19
  14,16
  19:14 21:16
  21:16 22:5,14
  22:17 24:1,15
medically 12:22
medicine 17:2
meet 5:1
mental 11:16
mentioned 20:5
Mercer 7:7,13,20
met 5:6,8
Mhatre 11:24
MIDDLE 1:1
military 5:16
  6:20 23:14
MIN 2:10
mine 11:8 21:5
mischaracterize
  21:20
misleading 21:14
miss 5:25
missed 18:22
  19:2,17,19
model 21:16 22:5
moderately 8:10
more 23:12
MOSER 2:5 4:11
  21:6 23:15
  24:19
most 13:6
motion 9:15 15:9
moving 6:3
much 13:25 21:12
  22:8 23:9,12
  24:13,14,15
multiple 6:12
  23:7,21
muscle 8:8 9:16
muscles 8:11
musculoskeletal
  13:8 14:21
myofascial 15:5
M.D 1:14 3:3 4:7

_____ N _____

N 3:1,7
name 4:12
near 5:25
next 6:18
night 7:22
nine 6:11
None 13:1
normal 7:24
NORTH 1:18
NORTHLAKE 1:18
Notary 1:24 4:2
  25:15 26:5,20
notation 7:10
note 6:4,12,21
  7:1

noted 6:15 7:21
  11:4 12:3,14
  12:17 13:5
notes 26:8
nothing 11:13
  14:20,25
  20:20
November 6:11
number 12:8
numbered 13:12
numbers 14:9

_____ O _____

O 3:7
oath 8:22 17:17
  19:5,23 23:3
Object 20:8
  22:25
obtainable 19:24
obviously 20:22
occasion 12:6
occasional 12:5
Office 18:6
official 1:9
  25:9
Okay 24:19
old 6:5
one 13:12,21
  14:10 23:8,8
  23:8,9,17,21
only 5:8
opinion 8:13 9:3
  10:11,17,23
  16:14 17:16
  18:16 20:6
  22:17 24:6
opinions 7:17
Orange 2:8
Orlando 1:2 2:9
other 15:15 20:4
out 9:24 11:13
  19:5 26:11
over 22:20,24
own 5:3 11:8
oxycodone 16:20
  17:14
OxyContin 16:20
  17:14

_____ P _____

page 5:14,14,20
  6:3,11,18,18
  7:10,19 8:5
  10:7 11:2,15
  12:1,8,12
  13:10 16:3,4
  16:5,18 18:14
  22:16
pages 13:10
  23:17 26:8
pain 6:22 7:22
  7:22,23 12:4
  12:8 13:7,18
  14:5 15:5,24
  16:10,15,20

17:2,9,12
  18:1,2,2,3,19
  18:20 19:1,13
  19:16 23:6
  24:2
PALM 1:18 25:2
  26:3
parachuting 6:6
  12:4
paragraph 5:21
  7:9 10:6 11:2
  11:16 16:4,5
  16:18 18:15
  22:16
Park 2:5
part 11:12 22:17
parties 26:12
parts 23:7
party 26:13
patient 5:3 14:1
  16:6,14 18:17
  22:18 23:25
percent 8:9 9:1
  10:10,15,20
  10:22 12:14
  12:21,25 22:2
permanent 8:15
  8:18 9:11
  10:5,13 16:15
  19:12 23:4
person 21:9
personally 5:1
  25:6
pertaining 6:20
photos 5:4
physiatrist 4:17
  18:17
physical 5:11,13
  7:23 12:21
physician 4:15
  9:20
Physicians 4:19
  9:22
place 26:10
plaintiff 22:9
Plaintiffs 1:6
  2:2
please 4:12
plus 23:8,8
point 16:23
Post 18:5
postal 18:12
posttraumatic
  20:24
posture 11:19
POULTON 2:3
practice 21:18
preexisting
  13:15,24
  14:11,13,21
  15:15 16:13
  16:15 19:12
  23:5,13,19
  24:11,12
present 5:22 7:1

7:19
presently 16:3,3
prevents 22:12
previous 16:7
primarily 12:15
prior 14:23
  15:24 17:2,13
  17:15,20
  18:23,24
  19:19 20:5,12
  21:11,21,22
  22:23
probably 15:16
problem 20:24
  23:12,13
problems 11:18
  19:19
Professional 4:2
  26:5
psychiatrist
  20:21 21:2
Public 1:24 4:3
  25:15 26:5,20
pull 15:24
purely 8:21
purposes 5:2
put 9:18
P.A 2:3
p.m 1:16,16
  24:25

_____ Q _____

question 13:24
  19:6 23:2
questions 24:20
  24:23

_____ R _____

R 3:7 26:1
radial 15:9
radiation 12:5,6
range 9:15 15:8
ranger 7:4,5
rated 8:9 10:10
rather 19:22
rating 8:23 9:19
  12:21,25
  15:11,12,17
  21:7,8,24
  22:8
ratings 14:23
realize 17:24
really 16:4
  24:21
reason 12:24
  13:9
reasonable 24:16
received 12:20
  18:4
reconstruction
  7:11,15
record 4:13 7:18
  12:10,18 13:2
  16:23 24:1

records 5:16,19
  6:4,8,19,23
  7:7,13,16,20
  8:3 11:11,12
  11:13,25
  12:23 15:25
  16:22,24 17:1
  17:6,18 18:10
  19:4,7,24
  20:2,5
RECROSS 3:2
REDIRECT 3:2
reference 6:15
  11:10,22 12:9
  12:17 13:3
reflux 15:6
regard 13:14
regarding 7:14
  8:7 10:8 12:1
  14:23 18:25
Registered 4:2
  26:5
reintegrating
  22:13
relate 5:23
relates 14:15
  15:20 20:17
  21:3 22:5,6
  23:23
relative 26:12
release 7:5
remember 18:10
repeatedly 11:19
replacement 16:8
  22:2
report 5:7 6:12
  6:16 11:23
  23:16 24:10
  26:7
Reported 1:23
reporter 4:2
  26:5,16
reproduction
  26:15
restriction 8:24
result 14:5,17
  16:14 17:24
  19:10,14 23:7
  24:6
resulted 8:18
results 5:13
retired 18:8,12
  18:13
review 5:15 6:4
  6:8,19,23 7:7
  8:3 11:12
  16:24 17:1
reviewed 7:13
  15:25 20:3
Richard 6:8
right 5:24,25
  6:6,13,21,25
  7:2 8:1,8,14
  8:19 9:4 10:8
  10:12,18,21

10:22 11:18
  11:21 12:6,15
  12:16 13:4,15
  13:15,22 15:4
  15:7 16:8,8
  16:10 22:2
rigmarole 9:18
Robert 1:4 5:2
rocky 11:6
RPR 1:24 25:14
rules 9:19,24
  24:18
ruptured 8:7

----
S

S 3:7
same 7:9 10:6
  11:15 13:2
  26:16
saw 5:7 17:6
says 13:3
scarring 9:17
scoliosis 13:8
seal 25:9 26:18
second 16:4
  18:15
secondary 13:7
  17:25 22:18
section 14:8
  18:15 21:7
  22:15 23:16
see 5:3 7:10
SEMINOLE 1:9
Semoran 2:4
sensation 9:17
service 12:15
set 14:16 26:10
  26:11,17
seven 5:14 6:3
  18:14
several 11:7
severe 8:10
  10:10
severity 7:3
Shandell 1:24
  4:2 25:14
  26:5,20
Shank 12:2,10
SHARON 1:5
Sheinberg 6:8
SHERIFF 1:9
shooting 15:3,24
  17:13,16,21
  17:22,24
  18:24 19:11
  19:20
shorthand 26:8
shot 16:14 20:1
  22:22 23:21
sides 6:1
signature 22:16
significant
  14:15,19
significantly
  21:25

since 11:5 12:3
sinusitis 13:5
six 11:5 17:10
skipping 13:10
social 18:11
society 22:13
soft 15:5
some 10:5 17:6
something 11:9
  17:4,5
somewhat 11:6
South 2:4,8
speak 7:16 11:25
  17:18
speaks 17:23
specific 14:16
specifically
  15:20 20:16
speculate 17:17
  19:5,23
speculation 19:9
speculative 8:22
  9:9 10:1
started 17:9
state 1:10,24
  4:3,12,16
  19:7,14 25:1
  25:15 26:2,6
  26:21
stated 16:7
states 1:1 11:17
  12:8 16:9
  18:16 22:17
stating 23:3
status 11:16
stenotype 26:7
still 7:23
strain 13:8
stress 20:25
subject 13:19
  14:3,17,18
  15:1,13,21
  17:2 20:17
  21:4 22:6
  23:11,24 24:3
  24:7
subsequent 15:25
subsequently
  17:9
suffer 18:18
suffered 17:13
suffers 22:18
Suite 2:4,9
summary 8:5
  23:16 24:10
support 11:20
surgeries 6:13
surgery 6:16
  16:7,9
surgical 6:12
sustained 5:24
  6:5 14:3,18
  14:19 15:13
  15:20 17:2
  19:11,12

20:12 23:10
  24:7
swear 20:15
Swofford 1:4,5
  5:2,12,23 6:5
  7:2,10,21 9:2
  10:16,22 11:5
  11:17 12:14
  12:20 13:4
  16:19 17:8,13
  18:4,8 19:1
  19:18 20:1,6
  22:21
Swofford's 5:16
  6:20 7:14 8:7
  10:8,21 12:3
  13:14 14:22
  15:23 18:24
  21:11,21
  23:18
sworn 4:8 25:7
  26:6
syndrome 13:6
  15:5 19:13
system 22:11,12

----
T

T 3:7 26:1,1
take 5:3
taken 4:1 26:10
taking 16:19
  17:1,9,14
  26:10
TELEPHONE 2:6
tell 8:20
ten 6:18 7:10
testified 4:9
testify 26:7
testimony 21:14
  21:20
testing 9:16,16
  9:17
Thank 15:22
  24:22
themselves 7:16
  11:25 17:19
thin 9:25
think 17:7,18,22
  19:3,11 20:9
  24:19
third 16:5
through 13:11,12
  14:10 16:21
  23:17,22
time 4:23 5:8
  7:14 8:14,21
  9:16,16,17
  10:12 20:14
  22:20,24
  24:21 26:10
times 13:20
  17:10 23:21
tissue 15:5
together 9:19
told 16:2 17:7

18:11 24:1
top 6:19
torso 6:1
total 16:8 22:1
training 7:2,4,5
  21:17
transcript 26:15
transcription
  26:8
triple 15:16
tripled 21:24
true 26:8
truth 26:7
trying 15:2
two 12:8 16:18
  23:8
type 10:5 20:23

----
U

ulnar 15:10
unable 7:3
under 5:22 6:4
  6:11,12,25
  7:19,20 8:5,6
  8:22 10:7
  11:3 12:7
  13:11 14:9
  16:3,23 17:17
  18:11 19:5,23
  23:3 26:16
undersigned 25:5
understand 10:3
  15:2
understanding
  6:7 7:6,12
  8:2
underwent 7:10
UNITED 1:1
unless 26:16
upper 6:6 12:15
  13:20
use 8:18
using 21:16 22:4
usually 20:24
U.S 12:21

----
V

very 9:8 16:17
  19:23
Veterans 11:4
VIA 2:6
violent 20:23
voluminous 5:19
vs 1:7

----
W

want 19:3,5
  21:19
way 23:1
weakness 8:1
well 9:15 16:8
  19:3
were 15:15
WHEREOF 26:17

**while** 6:6
**whole** 9:4 10:18
   10:24 20:7,12
   21:9 22:6,7
   26:7
**wife** 1:4 11:7
**Winter** 2:5
**witness** 3:2 20:9
   23:1 24:22
   25:6,9 26:6
   26:17
**work** 17:15 18:22
   19:2,17,19,24
**worker** 18:12
**world** 11:8
**wouldn't** 9:9
   10:2 24:16,16
   24:17
**wound** 13:21 16:9
**wounds** 13:20,20
   16:14 23:21
**wrist** 5:25 15:7
**wrong** 21:19

_____ **X** _____
**X** 3:1,7

_____ **Y** _____
**year** 18:12
**years** 6:5

_____ **1** _____
**1010** 2:4
**1035** 2:4
**11** 7:19
**12** 8:5 10:7
**13** 8:5 11:2,15
**14** 1:16 12:1
**16** 12:12
**1977** 11:5
**1980** 5:17 6:9
   12:4
**1980s** 16:1
**1981** 7:1
**1983** 6:11,16
   7:11
**1986** 7:7,21 8:9
   10:9
**1987** 8:5
**1988** 11:3,6,10
   11:23 12:3,10
   12:13

_____ **2** _____
**20** 5:24 15:24
   20:2
**200** 2:8
**2001** 16:21
**2004** 18:6,9
**2005** 16:21
**2006** 5:24 15:24
   20:2
**2007** 5:17
**2008** 5:1,5 14:9

**2009** 1:16 25:10
   26:18
**2012** 25:16 26:22
**22nd** 25:9 26:18
**2600** 2:9
**27** 25:16 26:22
**28** 6:5
**29** 11:3,23

_____ **3** _____
**3** 6:11
**30** 5:1,5 8:9 9:1
   10:10,15,20
   10:21 12:2,10
   12:13 14:9
**30th** 12:18
**32** 13:12 14:10
**32792** 2:5
**32801** 2:9
**37** 23:9

_____ **4** _____
**4** 3:4
**4-20-06** 14:3,17
   15:21 20:18
   24:7
**43** 13:10,10
**45** 13:11

_____ **5** _____
**5** 7:21
**50** 12:14,21,25
**550** 1:18

_____ **6** _____
**6:08-CV-66-O...**
   1:3
**6:30** 1:16

_____ **7** _____
**7:05** 1:16 24:25
**752122** 25:15
   26:21