# Exhibit "C"

# 4/17/07 Invoice



Seminole
County

## Sheriff Donald F. Eslinger

**Member, Florida Sheriffs Association**
**Member, National Sheriffs' Association**

An Internationally Accredited Agency



April 17, 2007

Albert Tellechea, Esquire
Holland & Knight
200 South Orange Avenue
Suite 2600
Orlando, Florida 32801-3461

        Re:    Robert & Sharon Swofford

Dear Mr. Tellechea:

        Enclosed is our invoice for the records you requested regarding the above-referenced incident. Upon receipt of your firm's check, we will copy the documents and forward them to you.

                                Sincerely,

                                SHERIFF DONALD F. ESLINGER

                                David Lane
                                General Counsel

DL/ll
Enclosure



# Sheriff Donald F. Eslinger
### Member, Florida Sheriff's Association

April 17, 2007

Albert Tellechea, Esquire
Holland & Knight
200 South Orange Avenue
Suite 2600
Orlando, Florida 32801-3461

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## INVOICE

Re:    Robert & Sharon Swofford v. Seminole County Sheriff's Office

Copies of the following:

1.    Records regarding K-9:

| | |
|---|---|
| 468 pages x .15 per page | $ 70.00 |
| 6 hours (1st 30 minutes free) 5.5 x $13.92 | $ 76.56 |
| 4 CD's & 1 cassette tape | $ 5.00 |

2.    If you desire copies of the personnel files of
      Deputy Morris and Deputy Remus

| | |
|---|---|
| 713 pages x .15 per page | $106.95 |

3.    Incident reports, press releases:

| | |
|---|---|
| 19 pages x .15 per page | $ 2.85 |
| Total | $261.36 |

**Please remit payment to Seminole County Sheriff's Office, Attention: Legal Division, 100 Bush Boulevard, Sanford, Florida 32746 upon receipt. Thank you.**