UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT G. SWOFFORD, JR., an individual,
and his wife, SHARON L. SWOFFORD, an
individual,

    Plaintiffs,

vs.                                     CASE NO.: 6:08-cv-00066-MSS-DAB

DONALD ESLINGER, in his official capacity
as the Sheriff Of Seminole County, Florida;
WILLIAM MORRIS, JR., in his individual
capacity; and RONALD REMUS, in his individual
capacity,

    Defendants.
_____/

## PLAINTIFFS' PROPOSED VOIR DIRE JURY QUESTIONS

COME NOW the parties and propose the following as joint voir dire questions.

1. **Do any of the prospective jurors know Mr. Robert Swofford or his wife Ms. Sharon Swofford?**

Note: Please inquire further regarding how he/she knows Mr. or Ms. Swofford if there are any "yes" answers.

2. **Do any of the prospective jurors know Mr. Donald Eslinger: Mr. Eslinger is the Sheriff of Seminole County and is being sued in his representative capacity.**

Note: Please inquire further regarding how he/she knows Mr. Eslinger if there are any "yes" answers.

3. **Do any of the prospective jurors know Mr. William Morris?**

Note: Please inquire further regarding how he/she knows Mr. Morris if there are any "yes" answers.

4. **Do any of the prospective jurors know Mr. Ronald Remus?**

Note: Please inquire further regarding how he/she knows Mr. Remus if there are any "yes" answers.

5. **Are any of the prospective jurors employed in any capacity by the Seminole County Sheriff's Office, the Seminole County Government or the State of Florida?**

Note: Please inquire further regarding his/her employment if there are any "yes" answers.

6. **Are any of the prospective jurors law enforcement or correctional officers regardless of whether you work for the public or private sector?**

Note: Please inquire further regarding his/her employment if there are any "yes" answers.

7. **Other than a law enforcement or correctional officers, are any of the prospective jurors employed by or work with or volunteer at any law enforcement agency (private, municipal, county, state or Federal), correction facility or department (private, municipal, county, state or Federal), investigative or detective agency or company (private, municipal, county, state or Federal) or security firm, agency or company (private, municipal, county, state or Federal)?**

Note: Please inquire further regarding his/her employment or association if there are any "yes" answers

8. **Are any relations of any potential juror employed by, work with or volunteer at any private or public law enforcement agency, correctional facility or department, investigative or detective agency or company, or security firm, agency or company?**

Note: Please inquire further regarding his/her employment or association if there are any "yes" answers

9. **Have any of the prospective jurors ever been a party to a lawsuit?**

Note: Please inquire further regarding the nature of the lawsuit, the names of the parties, the court where it was filed, the outcome and whether he/she was satisfied.

10. **Have any of the potential jurors or any of their relatives ever been arrested, detained or been the subject of an investigation by a law enforcement agency or department?**

Note: Please inquire <u>further in private</u> if there are any "yes" answers.

11. **Have any of the potential jurors ever been a defendant in a criminal or civil case?**

Note: Please inquire <u>further in private</u> if there are any "yes" answers.

12. **I will now ask the parties, their attorneys and paralegals, if any to stand. Do any of the potential jurors know any of them? I will now ask each lead counsel to identify by name each client or member of his team. Have any of the potential jurors ever heard of or know any of there names?**

Note: Please inquire further if any of the prospective jurors give "yes" answers.

13. **I will now ask each lead counsel to read the names of the persons they may call as witness in this case. Have any of the prospective jurors ever heard any**

3

of these names or know of or heard anything about any of the witnesses that may be called by the parties in this case?

Note: Please inquire in greater detail if there are any "yes" answers.

14. **Are any of the potential jurors members of any organization or have personal beliefs that deny the authority of the United States District Court to resolve the legal disputes that may come before them?**

Note: Please inquire further if there are any "yes" answers.

15. **Do any of the potential jurors believe that a municipal, county or state government or any of its parts such** as the Seminole County Sheriff's Office cannot or should not be sued by citizens?

Note: Please inquire further if there are any "yes" answers.

16. **Have any of the potential jurors ever filed a complaint, civil or criminal, against or complained about a law enforcement or correctional officer to said his or her employer of or to any other third party?**

Note: If the answer is "yes," please inquire in private about the nature of the complaint filed, the name of the officer, the name of the employer involved, when was the complaint filed, what happened to it and whether he/she was satisfied with the outcome. If not, why not?

17. **Are any of the potential jurors employed by a vendor or are you a vendor to any of the parties, their attorneys, the Florida Department of Law Enforcement, the Seminole County Sheriff's Office, the Seminole County Government or the State of Florida?**

Note: Please inquire further if the answer is "yes."

4

18. **Do any of the prospective jurors have strong feelings, whether favorable or unfavorable, about law enforcement officers of law enforcement agencies or departments?**

Note: Please inquire further if the answer is "yes."

19. **This trial is expected to last 10 days, do any of the prospective jurors have any serious personal or work-related issues or problems that would prevent him or her from giving 100% of his or her attention to this case if you are selected to serve as a juror?**

Note: Please inquire further from any prospective juror that indicates that there is a personal or work-related problem.

20. **Do any of the prospective jurors have a physical or mental handicap that makes it more difficult for him or her to understand me or that may make it more difficult to understand the witnesses, other fellow jurors or the attorneys?**

Note: Please inquire further regarding the details for each prospective juror who raised his or her hand if there are any "yes" answers.

21. **Do all the prospective jurors understand, speak and read English?**

Note: Please inquire further if the answer is "yes."

22. **Would any of the prospective jurors believe a witness more or less just because he or she is employed by, represents or is an agent for a law enforcement agency?**

Note: Please explore further if there are any affirmative answers.

23. **Would any of the prospective jurors believe a witness more or less just because he or she is an expert witness?**

Note: Please explore further if there are any affirmative answers.

24. **Would any of the prospective jurors believe a witness more or less just because he or she is an individual testifying for himself as opposed to a corporation or government entity testifying through a representative?**

Note: Please explore further if there are any affirmative answers.

25. **Would any of the prospective jurors believe a witness more or less just because he or she is a law enforcement officer?**

Note: Please explore further if there are any affirmative answers.

26. **Will you base your verdict on your independent judgment even though one or more or all of the other jurors in this case disagree with you?**

27. **Having heard about the nature of this case, do you have any preconceptions or feelings one way or the other about which side should win?**

28. **You must understand that it is most important for you to keep open minds until you have heard all the evidence and received the Court's instruction concerning the law. Is there anyone here who would not be able to keep an open mind until all of the evidence is produced and the Court's instructions are received?**

29. **Do you have any reluctance to sit as a juror in this case? If so, why?**

30. **Can any of you think of any matter that you should call to the Court's attention that may have some bearing on your qualifications as a juror, or that – even to the slightest degree – may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?**

31. Are there any matters you would like to bring to the attention of the judge and the lawyers that you do not want discussed in the presence of other potential jurors?

Note: Please explore further if there are any affirmative answers.

32. Would any of the prospective jurors have any problems awarding damages to Swofford and against the Seminole County Sheriff's Office and two law enforcement officers?

33. Would any of the prospective jurors have any problems awarding punitive damages to Mr. and Ms. Swofford and against the Seminole County Sheriff's Office and two law enforcement officers?

34. A person, even if that person is a law enforcement officer, may not violate another person's constitutional rights; and if he does, he can be held responsible for any damages suffered by the person or persons whose constitutional rights have been violated. Do any of the prospective jurors have a problem or disagree with this?

35. A person, just because he is a law enforcement officer, may not batter or negligently harm another; and if he does, he can be held responsible for any damages suffered by the person or persons so injured. Do any of the prospective jurors have a problem or disagree with this?

36. Do any of the prospective jurors have a problem with a person carrying a firearm on his property during the day or night?

Note: Please go into greater detail if the answer is in the affirmative.

37. **Do any of the prospective jurors believe that a law enforcement officer can shoot a person with the intent of killing him or her because that person is carrying a firearm in his hands not pointed at the officers while the person is on his or her property and provided said person is not a fugitive being sought by law enforcement?**

Note: Please go into greater detail if the answer is in the affirmative.

38. **Do any of the prospective jurors have any problems accepting factual stipulations by the parties as true facts not subject to question by any juror?**

Note: If there are any affirmative answers, please explore further and explain that facts stipulated by the parties are the same as proven facts – they require that each juror give them the same weight and credibility he or she would give to proven facts.

39. **Will any of the prospective jurors have any problems following my instructions, which I will give at the end of the case, regarding the law and the definitions you must apply and the procedure that you must follow:**

Note: Please explore further if there are any affirmative answers.

40. **Will any of the prospective jurors have any problems ignoring any news coverage he or she may read or hear, or comments he or she may overhear about this case?**

Note: Please explore further if there are any affirmative answers

41. **Can all the prospective jurors work in this case from 9:00 a.m. to 5:00 or 5:30 p.m., Monday to Friday until its conclusion?**

42. **How about if we have to go past 5:30 p.m., will that cause a problem to any of you?**

8

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 1st day of May, 2009, I electronically filed the foregoing together with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic filing to all counsel of record.

/s/ Albert F. Tellechea
Albert F. Tellechea, Esquire
Florida Bar Number: 0323675
albert.tellechea@hklaw.com
HOLLAND & KNIGHT LLP
2600 SunTrust Center
200 South Orange Avenue
Orlando, Florida 32801-3461
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
Attorneys for Plaintiffs

# 6249175_v1