## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ROBERT G. SWOFFORD JR., and individual and his wife, SHARON R. SWOFFORD, an individual,**

    **Plaintiffs,**

v.                                                     Case No.: 6:08-cv-00066-Orl-35DAB

**DONALD ESLINGER, in his official capacity as the Sheriff of Seminole County, Florida; WILLIAM MORRIS JR., in his individual capacity, and DONALD REMUS, in his individual capacity**

    **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court upon consideration of: (1) Defendants' Motion in Limine to Exclude or Limit Testimony of Dr. Karen Overall and Dr. Lawrence Myers (Dkt. 87); (2) Plaintiffs' Motion in Limine to Exclude or Limit Testimony of Charles Mesloh (Dkt. 88); (3) Plaintiffs' Motion in Limine to Exclude Testimony of Bruce A. Goldberger, Ph.D. (Dkt. 98); and (4) Defendants' Motion in Limine to Exclude or Limit Testimony of Dr. Ronald Wright (Dkt. 100)(collectively, the "Motions"). Upon review, the Court finds that the witnesses that are the subject of the Motions meet the requirements of Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993) and its progeny. The aforementioned expert witnesses appear to be qualified, and, as proffered on the record before the Court, their testimony falls within their level of qualification. Accordingly, it is hereby

**ORDERED** that Defendants' Motion in Limine to Exclude or Limit Testimony of Dr. Karen Overall and Dr. Lawrence Myers (Dkt. 87); (2) Plaintiffs' Motion in Limine to Exclude or Limit Testimony of Charles Mesloh (Dkt. 88); (3) Plaintiffs' Motion in Limine to Exclude Testimony of Bruce A. Goldberger, Ph.D. (Dkt. 98); and (4) Defendants' Motion in Limine to Exclude or Limit Testimony of Dr. Ronald Wright (Dkt. 100) are **DENIED without prejudice**, subject to cross-examination and voir dire at trial.

**DONE** and **ORDERED** in Orlando, Florida, on this 19th day of June 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record