# United States Court of Appeals
For the Eleventh Circuit

---

No. 09-16162

District Court Docket No.
08-00066-CV-ORL-35-DAB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Sep 1, 2010

JOHN LEY
CLERK

---

ROBERT G. SWOFFORD, JR.,
an individual,
SHARON L. SWOFFORD,
an individual, his wife,

    Plaintiffs-Appellees,

versus

DONALD ESLINGER

    Defendant,

WILLIAM MORRIS, JR.,
RONALD REMUS,
in their individual capacity,

    Defendants-Appellants.

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: September 1, 2010
For the Court: John Ley, Clerk
By: Patch, Jeffrey

[ISSUED AS MANDATE — JAN 1 8 2011 — U.S. COURT OF APPEALS ATLANTA GA]

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-16162
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 1, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00066-CV-ORL-35-DAB

ROBERT G. SWOFFORD, JR.,
an individual,
SHARON L. SWOFFORD,
an individual, his wife,

                                                Plaintiffs-Appellees,

versus

DONALD ESLINGER,

                                                Defendant,

WILLIAM MORRIS, JR.,
RONALD REMUS,
in their individual capacity,

                                                Defendants-Appellants.

Appeal from the United States District Court
for the Middle District of Florida

(September 1, 2010)

Before EDMONDSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Deputies William Morris and Ronald Remus of the Sheriff's Office of Seminole County, Florida, appeal the denial of qualified immunity against Robert Swofford's complaint of excessive force. The district court concluded that genuine issues of material fact barred summary judgment, and we affirm.

The Swoffords filed a complaint against the deputies and Sheriff Donald Eslinger about injuries from an encounter between Robert Swofford and the deputies. Swofford, who encountered the deputies while armed and investigating a possible trespass on his land, alleged that the deputies used excessive force to disarm him. The deputies moved to dismiss the complaint based on qualified immunity, which the district court denied.

We review de novo the denial of summary judgment based on qualified immunity. Skop v. City of Atlanta, GA, 485 F.3d 1130, 1136 (11th Cir. 2007). We construe all facts and make all reasonable inferences in the light most favorable to the nonmoving party. Id.

The district court did not err when it ruled that Morris and Remus were not entitled to qualified immunity. The record reveals material issues of fact about

whether the deputies identified themselves to Swofford, the position of Swofford's gun, the need for Morris and Remus to shoot Swofford, and whether Remus should have intervened to prevent Morris's use of force. Morris and Remus testified that they identified themselves and warned Swofford repeatedly, but the radio transmission from the scene did not record the deputies speaking before they fired their guns, and that recording is consistent with Swofford's version of events. The deputies also gave inconsistent statements about the position of Swofford's gun during the encounter. The deputies acknowledged that Swofford, a white male, did not match the description of the Hispanic suspects for whom the deputies were searching and that Swofford was likely the owner of the property. A reasonable jury could find that Morris and Remus violated Swofford's clearly established constitutional rights.

The denial of qualified immunity is **AFFIRMED**.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
BILL OF COSTS

Donald Eslinger
_____
Appellant

vs.

Robert G. Swofford, Jr.
_____
Appellee

Appeal No. 09-16162-JJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 09 2010
JOHN LEY
CLERK

U.S. COURT OF APPEALS
RECEIVED CLERK
SEP 09 2010
ATLANTA, GA.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. Fed.R.App.P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House / Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | |
| Record Excerpts | | | | | | |
| Appellee's Brief | ✓ | 43 | 9 | 387 | $58.05 | $58.05 |
| Reply Brief | | | | | | |
| | | | | | | |
| | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | $58.05 REQUESTED | $ $58.05 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: Sept. 9 2010      Signature: [signature]

Attorney for: Robert G. Swofford, Jr.      Attorney Name: Laurie Webb Daniel
             (Type or print name of client)                              (Type or print your name)

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: [signature]
Deputy Clerk
Atlanta, Georgia

FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$58.05__ against __Appellant__
and are payable directly to __Appellee__

Issued on: JAN 1 8 2011      John Ley, Clerk of Court
                             By: [signature]
                                 Deputy Clerk

MISC-12
5/4/10

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of the Court

FILED

2011 JAN 20 PM 12: 11

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

For rules and forms visit
www.ca11.uscourts.gov

January 18, 2011

Sheryl L. Loesch
Clerk, U.S. District Court
401 W CENTRAL BLVD STE 1-200
Orlando FL 32801-0120

**Appeal Number: 09-16162-AA**
Case Style: Robert G. Swofford, Jr. v. Donald Eslinger
District Court Number: 08-00066 CV-ORL-35-DAB

The motion for stay of mandate has been denied. The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:

Bill of Costs

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

John Ley, Clerk of Court

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)